# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | |
|     Plaintiff, | ) | |
| v. | ) | 2:15-cv-884-JAD-NJK |
| LUIS LOPEZ et al., | ) | **ORDER** |
|     Defendants. | ) | |

## I.   DISCUSSION

On May 13, 2015, this Court entered an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than June 12, 2015.  (ECF No. 2 at 2).  On June 2, 2015, Plaintiff filed a motion for an extension of time to submit his application to proceed *in forma pauperis* because of delays in obtaining the appropriate documentation from the Nevada Department of Corrections.  (ECF No. 3 at 1).  Plaintiff seeks an extension of time until June 30, 2015.  (*Id.*).  The Court grants Plaintiff's motion for an extension of time.  Plaintiff shall file his application to proceed *in forma pauperis* or pay the full filing fee for this matter on or before June 30, 2015.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 3) is granted.

IT IS FURTHER ORDERED that, no later than June 30, 2015, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative

fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This _ 4th _ day of June, 2015.

_____
United States Magistrate Judge