# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUIS LOPEZ, et al.,<br><br>　　　　Defendants. | Case No. 2:15-cv-00884-JAD-NJK<br><br>**Order** |

　　　　Defendants have filed a motion to extend the 90-day stay the Court ordered in its second screening order. (ECF No. 14). The Court entered its second screening order on January 21, 2016. (ECF No. 11). That order imposed a 90-day stay, and the Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator. (ECF No. 11, 13). Defendants contend that, due to scheduling conflicts, the Early Mediation Conference has been set for May 27, 2016, a date beyond the 90-day stay entered by the Court. (ECF No. 14 at 2). Defendants request an extension of the stay through June 20, 2016. (*Id.* at 1). For good cause shown, the Court shall grant Defendants' motion to extend the stay (ECF No. 14).

    IT IS HEREBY ORDERED that the Court GRANTS Defendants' motion to extend the stay (ECF No. 14).

    IT IS FURTHER ORDERED that the stay is extended through June 20, 2016.

    IT IS FURTHER ORDERED that the Office of the Attorney General shall file an updated status report on or before June 20, 2016.

    DATED this 10th day of March, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge