**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS LOPEZ, et al.,<br><br>    Defendants. | Case No. 2:15-cv-00884-JAD-NJK<br><br>**Order** |

    Defendants have filed a second motion for extension of time to the 90-day stay the Court ordered in its second screening order.  (ECF No. 16).  The Court entered its second screening order on January 21, 2016.  (ECF No. 11).  That order imposed a 90-day stay and the Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator.  (ECF No. 11, 13).  Defendants requested their first extension to accommodate an Early Mediation Conference set for May 27, 2016, a date beyond the 90-day stay entered by the Court.  (ECF No. 14 at 2).  The Court granted Defendants' motion and extended the stay through June 20, 2016.  (ECF No. 15).

. . . .

Page 1 of 2

Defendants now seek a second extension. (ECF No. 16). Plaintiff and Defendants participated in a global settlement conference before Magistrate Judge George Foley, Jr. on April 22, 2016. (ECF No. 16 at 2). No settlement was reached, but both parties advised Judge Foley that a continuation of the settlement conference would advance the goal of reaching a global settlement. (*Id.*). A continuation of the settlement conference is set for Friday, July 22, 2016, at 9:00 a.m. (ECF No. 16-1 at 2).

Defendants request that the Court vacate the May 27, 2016 inmate Early Mediation Conference and grant a 91 day extension of the stay from June 20, 2016, until September 19, 2016, to advance the goal of reaching a global settlement. (*Id.* at 4). For good cause shown, the Court GRANTS Defendants' second motion to extend the stay. (ECF No. 16).

IT IS HEREBY ORDERED that the Court GRANTS Defendants' second motion to extend the stay (ECF No. 16).

IT IS FURTHER ORDERED that the stay is extended through September 19, 2016.

IT IS FURTHER ORDERED that the Office of the Attorney General shall file an updated status report on or before September 19, 2016.

DATED this 3rd day of May, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge