**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAUSTEVEION JOHNSON,

    Plaintiff,

    v.

LUIS LOPEZ, et al.,

    Defendants.

Case No. 2:15-cv-00884-JAD-NJK

**ORDER**

**I.   DISCUSSION**

The Inmate Early Mediation Conference for this case is scheduled for October 7, 2016. (ECF No. 21). The stay is set to expire before that date. (*See* ECF No. 17). Defendants have filed a motion to extend the stay through October 14, 2016. (ECF No. 22 at 3). The Court grants the motion to extend the stay through October 14, 2016. Defendants shall file their status report on or before October 14, 2016.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 22) is GRANTED. Defendants shall file their updated status report on or before October 14, 2016.

IT IS SO ORDERED.

DATED: This 23rd day of September, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge