# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff(s),<br><br>vs.<br><br>NORTHERN NEVADA CORRECTIONAL CENTER, et al.,<br><br>        Defendant(s). | Case No. 2:15-cv-00884-JAD-NJK<br><br>ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES<br><br>(Docket No. 43) |

Pending before the Court is Defendants' motion to extend discovery deadlines by 60 days. Docket No. 43. Defendants ask the Court to extend certain discovery deadlines because some of the discovery sent to Plaintiff was lost during a cell transfer. *Id.* at 5. Additionally, Defendants assert that Plaintiff, who is representing himself *pro se*, has had trouble determining how to respond to certain discovery requests. *Id.* Defendants contend that the volume of the discovery and the logistical impediments caused by Plaintiff's incarceration have also made discovery difficult for the parties. *Id.*[1]

As a result of these difficulties, on March 1, 2017, Plaintiff sent Defendants' counsel a letter in which he requested that Defendants agree to extend discovery by one year. Docket No. 43-1 at 2. On March 6, 2017, Defendants' counsel met and conferred with Plaintiff telephonically. *Id.*

---

[1] Defendants also represent that further delay occurred as the Early Mediation Conference in this case was vacated in favor of two global settlement conferences before "Magistrate Foley." *Id.* at 2. Congress changed the formal title of the United States Magistrate Judge over a quarter of a century ago, in the Judicial Improvement Act of 1990. Accordingly, Judge Foley may be appropriately referred to as either Judge Foley or Magistrate Judge Foley, but not as Magistrate. The Court expects parties, when using an official title, to use the correct title.

1 Defendants' counsel informed Plaintiff that Defendants would not agree to extend discovery by one
2 year, but would be willing request a 60-day extension of the remaining discovery deadlines. *Id.*
3 Plaintiff agreed to this course of action. *Id.*
4      Accordingly, for good cause shown, Defendants' motion to extend discovery deadlines,
5 Docket No. 43, is hereby **GRANTED**. The Court **EXTENDS** the remaining discovery deadlines
6 as follows:

- Discovery cut-off date: May 19, 2017
- Discovery motion deadline: June 2, 2017
- Dispositive motion deadline: June 19, 2017
- Joint pretrial order deadline: July 19, 2017. If dispositive motions are filed, this deadline is suspended until 30 days after the Court resolves any dispositive motions, or further Court order.

IT IS SO ORDERED.

DATED: March 17, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge