UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lausteveion Johnson,<br><br>　　Plaintiff<br><br>v.<br><br>Northern Nevada Correctional Center, et al.,<br><br>　　Defendants | 2:15-cv-00884-JAD-NJK<br><br>**Order Granting Motion for Clarification**<br><br>[ECF No. 50] |

　　Nevada state-prison inmate Lausteveion Johnson sues the Nevada Department of Corrections (NDOC) and several prison officials and employees for a myriad of civil-rights violations. On March 31, 2017, I granted Johnson's motion for leave to file a second-amended complaint.[1] In granting the motion, I indicated that discovery had already closed, and I extended the dispositive-motion deadline contained in the court's initial scheduling order by 30 days. Defendants seek clarification of that order, pointing out that the magistrate judge granted their motion to extend discovery shortly before I granted Johnson's motion for leave to amend, and that the dispositive deadlines given in my order conflict with the extended scheduling order.[2] Accordingly,

　　IT IS HEREBY ORDERED that defendants' motion for clarification **[ECF No. 50] is GRANTED.** The magistrate judge's order granting the motion to extend discovery deadlines [ECF No. 44] is the operative scheduling order. **Discovery is due by May 19, 2017, the dispositive motion deadline is June 19, 2017, and the proposed joint pretrial order is due by July 19, 2017.**

　　Dated this 5th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 47.

[2] ECF No. 50.