UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,)
)
         Plaintiff,)    Case No. 2:15-cv-00884-JAD-NJK
)
vs.)    ORDER
)
LUIS LOPEZ, et al.,)    (Docket No. 86)
)
         Defendants.)

Pending before the Court is Plaintiff's motion to extend prison copy work limits. Docket No. 86. For the reasons discussed below, the Court **DENIES** Plaintiff's motion.

## I. Background

Plaintiff does not have a constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991) (*citing Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir.1989) ("numerous courts have rejected any constitutional right to free and unlimited photocopying")). The Ninth Circuit has concluded that "an inmate has a right to photocopying . . . *when, and only when*, necessary to guarantee him meaningful access to the courts." *Hiser v. Franklin*, 94 F.3d 1287, 1294 n. 6 (9th Cir. 1996) (emphasis added). In this District, a court may order a prison to provide limited photocopying "when it is necessary for an inmate to provide copies to the court and other parties." *Allen v. Clark Cnty. Det. Ctr.*, 2011 WL 886343, at *2 (D. Nev. Mar. 11, 2011) (finding plaintiff demonstrated a need to increase the copy work limit when he provided a copy of his inmate account statement showing a negative balance of $199 and the case was pending appeal before the Ninth Circuit).

1     Here, Plaintiff not only has not provided a copy of his inmate account statement showing that there are insufficient funds for Plaintiff to provide copies to the court and other parties, he affirmatively states that he can, in fact, afford to make his own copies. Docket No. 86 at 1. Plaintiff submits, however, that prison staff has informed him that "there is no way" for him to transfer funds from one of his accounts to another account. *Id*.

    Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's motion to extend prison copy work limits, Docket No. 86, is **DENIED**.

    **IT IS FURTHER ORDERED** that Defendants shall inform Plaintiff how he may transfer funds so that he can make copies.

    DATED: October 13, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge