# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LUIS LOPEZ, et al.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00884-JAD-NJK<br><br>REPORT AND RECOMMENDATION |

On April 11, 2018, the Court set a settlement conference in this case for June 21, 2018, and specifically ordered that all individual parties must attend. Docket No. 106. On June 8, 2018, counsel for Defendant Brandon Lawrence filed a motion to withdraw as counsel. Docket No. 111. Counsel submitted that Defendant Lawrence had "been non[-]responsive to all forms of communication" for more than one year. *Id*. The Court denied counsel's motion to withdraw and explicitly warned Defendant Lawrence that **"FAILURE TO APPEAR AT [THE] SETTLEMENT CONFERENCE WILL RESULT IN THE INITIATION OF PROCEEDINGS TO IMPOSE CASE-DISPOSITIVE SANCTIONS."** Docket No. 112 (emphasis in original). The Court ordered Defendant Lawrence to **"immediately"** contact Mr. Toddre. *Id*. at 2 (emphasis in original). Mr Toddre served the Court's order on Defendant Lawrence, via U.S. Mail, e-mail, and voicemail. Docket Nos. 113, 114.

Notwithstanding the Court's multiple warnings and orders, Defendant Lawrence did not appear at the settlement conference. See Docket No. 115. On June 21, 2018, the Court ordered Defendant Lawrence to show cause in writing, no later than July 23, 2018, why judgment should

no be entered against him for failure to comply with the Court's orders. Docket No. 116. The Court warned that failure to respond to its order to show cause would result in a recommendation that judgment be entered against Defendant Lawrence. *Id.* at 2. Despite counsel's service of the Court's order on Defendant Lawrence, Docket No. 117, Defendant Lawrence has failed to respond to the Court's order to show cause. *See* Docket.

Accordingly, for the reasons stated above and pursuant to Fed.R.Civ.P. 16(f), the Court **RECOMMENDS** that judgment be entered against Defendant Lawrence.

IT IS SO ORDERED.

DATED: December 4, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Local Rule IB 3-2, **any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document.** The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).