# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>LUIS LOPEZ, et al.,<br><br>  Defendants. | Case No.: 2:15-cv-00884-JAD-NJK<br><br>**Order Setting Status Hearing** |

The Court sets a status hearing on the instant case for June 18, 2019, at 11:00 a.m., in Courtroom 3D. All counsel for all parties must be present in the courtroom for the hearing. Counsel must be prepared to discuss the current status of the case as well as what the parties are currently doing to move the case forward.

IT IS SO ORDERED.

DATED: May 31, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE