# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff(s),

v.

NORTHERN NEVADA CORRECTIONAL CENTER, et al.,

    Defendant(s).

Case No.: 2:15-cv-0884-JAD-NJK

**Order**

(Docket Nos. 128, 129)

Pending before the Court is Defendants' motion to file an individual proposed pretrial order or, in the alternative, for an extension of time to file a joint proposed pretrial order. Docket No. 128. Also pending before the Court is Plaintiff's motion for an extension of time to file the joint pretrial report. Docket No. 129.

Defendants submit that additional time is needed to produce a joint pretrial order because Defendants sent Plaintiff's counsel a proposed joint pretrial order, but did not receive a response. Docket No. 128 at 2. Defendants request that the Court permit them to file a proposed pretrial order individually. *Id*. In the alternative, Defendants request that the Court grant an extension to prepare a proposed joint pretrial order. *Id*.

Plaintiff submits that his counsel has had trouble making an appointment to visit him in custody. Docket No. 129 at 1-2. Plaintiff further submits that his counsel was finally able to meet with him telephonically on July 8, 2019. *Id*. at 2. Additionally, Plaintiff submits that his counsel has spoken with Defendants' counsel and needs more time to meet with Plaintiff. *Id*.

| | |
|---|---|
| 1 | For good cause shown, Defendants' motion, Docket No. 128, is **GRANTED** in part and |
| 2 | **DENIED** in part. Plaintiff's motion, Docket No. 129, is **GRANTED**. The parties must file a joint |
| 3 | proposed pretrial order no later than August 7, 2019. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: July 15, 2019 |

_____
NANCY J. KOPPE
United States Magistrate Judge