# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br>　　　Plaintiff(s),<br>v.<br>LUIS LOPEZ, et al.,<br>　　　Defendant(s). | Case No.: 2:15-cv-00884-JAD-NJK<br><br>**Order**<br><br>(Docket No. 140) |

Pending before the Court is Plaintiff's motion to withdraw his pending motions to withdraw counsel. Docket No. 140; *see also* Docket Nos. 137, 138 (motions to withdraw counsel). The Court **GRANTS** Plaintiff's motion to withdraw his pending motions. Docket No. 140. Accordingly, Plaintiff's motions to withdraw counsel are deemed **WITHDRAWN**. Docket Nos. 137, 138. The hearing scheduled for 10 a.m. on October 31, 2019, is hereby **VACATED**.

IT IS SO ORDERED.

Dated: October 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1