1 AARON D. FORD
    Attorney General
2 Frank A. Toddre II (Bar No. 11474)
    Senior Deputy Attorney General
3 Katlyn M. Brady (Bar No. 14173)
    Deputy Attorney General
4 State of Nevada
  Office of the Attorney General
5 555 E. Washington Ave., Ste. 3900
  Las Vegas, NV 89101
6 (702) 486-0661 (phone)
  (702) 486-3773 (fax)
7 katlynbrady@ag.nv.gov
  *Attorneys for Defendant Renee Baker*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:15-cv-00884-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO VACATE THE TRIAL DATE (FIRST REQUEST)** |
| NORTHERN NEVADA CORRECTIONAL CENTER, *et al.*, | |
| Defendants. | |

Defendant, Renee Baker, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Frank A. Toddre, II, Senior Deputy Attorney General, and Katlyn M. Brady, Deputy Attorney General; and Renée Cooper, Esq., Attorney for Plaintiff Lausteveion Johnson, submit this stipulation to vacate the January 17, 2020 trial date.

On December 9, 2019, this Court set a single-day bench trial for January 17, 2020 at 9:00 a.m. ECF No. 149 at 10. Subsequently, counsel learned that Plaintiff Lausteveion Johnson has a conflict on January 17, 2019. Specifically, Plaintiff has been ordered to appear at a settlement conference on January 17, 2019 in Case No. 2:18-cv-1889-GMN-VCF. As the settlement conference was moved to January 17, 2019, to ensure the participation of the Nevada Tort Fund Manager, the parties have stipulated and agreed to move the bench trial in this matter to another date. The parties are available on the following dates:

| | |
|---|---|
| 1 | Plaintiff:   January 21, 27-31, February 3-7, 10-14, 20-21, 24-28, 2020. |
| 2 | Defendant:   January 21-23, 27- 31, February 4, 5, 7, 10-14, February 18-20, 24, 26-28, 2020. |

Accordingly, the parties respectfully request this Court reset the January 17, 2020 trial date due to a conflict.

DATED this 24th day of December, 2019.

AARON D. FORD
Attorney General

By: /s/ *Katlyn M. Brady*
    Katlyn M. Brady (Bar No. 14173)
    Deputy Attorney General
    555 E. Washington Ave., Ste. 3900
    Las Vegas, NV  89101
    *Attorneys for Defendant*

By: /s/ *Renée Cooper*
    Renée Cooper, Esq.
    725 E. Charleston Blvd.
    Las Vegas, NV  89104
    *Attorney for Plaintiff*

Based on the parties' stipulation, IT IS ORDERED that the single-day bench trial scheduled for 1/17/2020 is VACATED and CONTINUED to 2/20/2020. at 9:00 AM in LV Courtroom 6D.

No later than 12:00 p.m. on 2/14/2020, the parties must file their trial briefs, exhibit lists, witness lists, and proposed findings of facts and conclusions of law.

_____
UNITED STATES DISTRICT JUDGE
Dated: 12/31/2019