UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Lausteveion Johnson,

        Plaintiff,

  v.

Luis Lopez, et al,

        Defendants.

Case No. 2:15-cv-00884-JAD-NJK

**Order to Produce Lausteveion Johnson #82138**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS;
TO:    RENEE BAKER, WARDEN, LOVELOCK CORRECTIONAL CENTER, LOVELOCK, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **Lausteveion Johnson #82138**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall transport and produce **Lausteveion Johnson #82138**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on Thursday, February 20, 2020, at the hour of 8:45 AM, in LV Courtroom 6D to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **Lausteveion Johnson #82138**, is released and discharged by the said Court; and that **Lausteveion Johnson #82138**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, Nevada under safe and secure conduct.

**DATED** this 31st day of December, 2019.

                                                      _____
                                                     **UNITED STATES DISTRICT JUDGE**