1  AARON D. FORD
     Attorney General
2  Frank A. Toddre II (Bar No. 11474)
     Senior Deputy Attorney General
3  Katlyn M. Brady (Bar No. 14173)
     Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  555 E. Washington Avenue, Suite 3900
   Las Vegas, NV 89101
6  (702) 486-0661 (phone)
   (702) 486-3773 (fax)
7  katlynbrady@ag.nv.gov
   *Attorneys for Defendant Renee Baker*

8

9  ## UNITED STATES DISTRICT COURT

10  ## DISTRICT OF NEVADA

11  Lausteveion Johnson,                     Case No. 2:15-cv-00884-JAD-NJK

12          Plaintiff,

13  vs.                                      **STIPULATION TO AMEND JOINT
                                             PRE-TRIAL ORDER ECF NO. 147**
14  Northern Nevada Correctional Center, *et
    al.*,                                    ECF No. 167
15
            Defendants.
16

17          Defendant, Renee Baker, by and through counsel, Aaron D. Ford, Attorney General

18  of the State of Nevada, Frank A. Toddre II, Senior Deputy Attorney General, and Katlyn

19  M. Brady, Deputy Attorney General, and Renée Cooper, Esq., Attorney for Plaintiff

20  Lausteveion Johnson, Stipulate to Amend the Joint Pretrial Order.  ECF No. 147. The

21  parties agree to Stipulate to Amend the Exhibits and Witness list.

22  **VII.   EXHIBITS**

23          **A.   Stipulated Exhibits as to Authenticity and Admissibility**

24                 Administrative Regulation (AR) 810.2, effective July 18, 2019

25                 The Nevada Department of Corrections (NDOC) Commissary list

26                 Administrative Regulations 810.3, effective September 5, 2017

27                 Administrative Regulation 810.4, Religious Property Inventory

28          **B.   Stipulated Exhibits as to Authenticity but Not Admissibility**

None.

**C.** **Plaintiff's Exhibits Subject to Objections**

Administrative Regulation (AR) 810.2, effective July 18, 2019

The NDOC's Commissary List

Administrative Regulations 810.3, effective September 5, 2017

Administrative Regulation 810.4, Religious Property Inventory

Religious oils sold at the NDOC commissary

**D.** **Defendant's Exhibits Subject to Objections**

1.    Administrative Regulation 810.2, effective July 18, 2019

2.    Any and all other exhibits that may support the statements of fact and law cited herein and to rebut Plaintiff's statements, claims, and testimony.

3.    Any and all other exhibits that rebut witnesses that might be called to respond to claims made by either Plaintiff or any of his proposed witnesses;

**E.** **Depositions**

1.    Depositions for the purpose of rebuttal, subject to objection.

Plaintiff, Lausteveion Johnson was deposed on July 21, 2017. No other depositions occurred.

**F.** **Evidence in Electronic Format for Purposes of Jury Deliberations**

None.

**VIII.  WITNESSES**

**A.** **Plaintiff's Witnesses: (As listed in Plaintiff's initial, and first supplemented disclosures)**

Plaintiff wishes to reserve the right to call the following persons:

1.    Himself;

2.    Any witness endorsed by the Defendants.

3.    Any and all witness who may become known to Plaintiff for rebuttal.

**B.** **Defendant's Witnesses:**

Defendant wishes to reserve the right to call the following persons:

1.  Plaintiff

2.  Warden Dwight Neven
c/o Katlyn M. Brady, Esq.
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101

3.  Reverend Richard Snyder
c/o Katlyn M. Brady, Esq.
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101

4.  Associate Warden Jennifer Nash
c/o Katlyn M. Brady, Esq.
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101

5.  Any witnesses that might be called to respond to claims made by either Plaintiff or any of his witnesses;

6.  Any and all other witnesses that have personal knowledge supporting Defendant's statements of fact or law cited herein;

7.  NDOC official to verify and authenticate exhibits as necessary; and

8.  All witnesses identified by Plaintiff, whether or not called to testify at trial.

Plaintiff and Defendants reserve the right to interpose objections to the calling of any named witness listed above prior to or at trial.

| RENEE COOPER, ESQ. | AARON D. FORD |
|---|---|
| | Attorney General |
| By: /s/ Renée Cooper | By: /s/ Katlyn M. Brady |
| Renée Cooper, Esq. | Katlyn M. Brady (NV Bar No. 14173) |
| 725 E. Charleston Blvd. | Frank A. Toddre II (NV Bar No. 11474) |
| Las Vegas, NV 89104 | 555 E. Washington Avenue, Ste. 3900 |
| *Attorney for Plaintiff* | Las Vegas, NV 89101 |
| | *Attorneys for Defendant* |

IT IS HEREBY ORDERED this 22nd day of September, 2020, nunc pro tunc to February 19, 2020.

The Court remains aware that the decision in this bench trial remains outstanding and is working to issue a decision in due course.

_____
U.S. District Judge Jennifer A. Dorsey