AARON D. FORD
  Attorney General
FRANK A. TODDRE II (Bar No. 11474)
  Senior Deputy Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendant Renee Baker*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:15-cv-00884-JAD-NJK |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL OF THIS COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW (ECF NO. 172)** |
| NORTHERN NEVADA CORRECTIONAL CENTER, *et al.*, | |
| Defendants. | |

Notice is hereby given that Defendant, Renee Baker (sued in her official capacity only), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Frank A. Toddre, II, Senior Deputy Attorney General, and Katlyn M. Brady, Deputy Attorney General, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's October 9, 2020 Findings of Fact and Conclusions of Law (ECF No. 172) entering judgment in part, in favor of Plaintiff's Religious Land Use and Institutionalized Persons (RLUIPA) Act claim. Because this Notice of Appeal is being filed

///

1  within thirty (30) days of the October 9, 2020, Findings of Fact and Conclusions of law,
2  (ECF No. 172), this appeal has been timely brought.
3        The required Representation Statement pursuant to 9th Cir. R. 3-2(b) is attached
4  hereto.
5        DATED this 9th day of November, 2020.

                AARON D. FORD
                Attorney General

                By:   /s/ Katlyn M. Brady
                        KATLYN M. BRADY (Bar No. 14173)
                        Deputy Attorney General

                *Attorneys for Defendant Renee Baker*

**REPRESENTATION STATEMENT**

Pursuant to Fed. R. App. P 12(a) & (b) and 9th Cir. R. 3–2, Defendant Renee Baker note that the following individuals are the parties and counsel in this matter:

The parties to this action are:

Plaintiff-Appellee:
Laustevion Johnson
Renee Cooper
725 E. Charleston Boulevard
Las Vegas, Nevada 89104
Telephone: (720) 936-7431
Email: attyrcooper@gmail.com
*Attorney for Plaintiff*

Defendant–Appellants:
Renee Baker
Frank A. Toddre II. (Nevada Bar 11474; California Bar 314436)
Katlyn M. Brady (Nevada Bar No. 14173)
702-486-0661
Office of Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
Email: katlynbrady@ag.nv.gov

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 9, 2020, I electronically filed the foregoing **NOTICE OF APPEAL OF THIS COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW (ECF NO. 172)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by emailing a copy at Las Vegas, Nevada, addressed to the following:

> Lausteveion Johnson, #82138
> Southern Desert Correctional Center
> P.O. Box 208
> Indian Springs, Nevada  89070
> Email:  sdcclawlibrary@doc.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General