UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Lausteveion Johnson,

    Plaintiff

v.

Luis Lopez, et al.,

    Defendants

Case No.: 2:15-cv-00884-JAD-NJK

**Order Directing Response to Supplemental Briefing**

[ECF No. 199]

    On August 25, 2022, incarcerated plaintiff Lausteveion Johnson filed a motion for contempt against the defendants in this case, alleging that they violated the court's 2020 injunction requiring them to allow Johnson to possess scented oils for religious purposes.[1] The defendants confirmed that Johnson's prison stopped selling scented oils from March 2022 through September 2022, but they averred that the prison's chaplain continued giving Johnson "oils" throughout that time.[2] Johnson responded that the chaplain only gave him baby oil, which was specifically deemed insufficient by the court's injunction.[3] So I ordered the defendants to file a supplemental brief addressing Johnson's allegations.[4]

    On April 13, 2023, the defendants filed that supplemental brief, contending that the chaplain gave Johnson scented oils from the chapel's supply and arguing that, if the court finds that they did violate the injunction, Johnson has not demonstrated that he sustained the

---

[1] ECF No. 182 (Johnson's motion); ECF No. 172 (the court's injunction).
[2] ECF No. 186.
[3] ECF No. 188; ECF No. 172 at 3–4.
[4] ECF No. 198.

compensatory damages he requests.[5] I'll allow Johnson 30 days to file a response to the defendants' supplemental brief. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Lausteveion Johnson is directed to file a response to the defendants' supplemental brief [ECF No. 199] **of no more than 10 pages by May 15, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
April 14, 2023

---

[5] ECF No. 199.